**John F. Devine, Administrator, Appellee, v. Torris Wold, Appellant.**

**Gen. No. 15,044.**

APPEALS AND ERRORS—*when nothing to review.* If no errors have been argued and none have been assigned on the common law record, there is nothing to review where the record contains no bill of exceptions.

Appeal from the Circuit Court of Cook County; the Hon R. W. CLIFFORD, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1908. Affirmed. Opinion filed February 15, 1910.

JOHAN WAAGE, for appellant.

HOBART P. YOUNG, for appellee.

MR. PRESIDING JUSTICE CHYTRAUS delivered the opinion of the court.

The plaintiff below, Zimmerman, recovered a judgment against defendant for $500. A motion to strike the bill of exceptions was allowed herein on March 26, 1909. No errors have been argued nor have any been assigned upon the common law record. Consequently, in the absence of a bill of exceptions, the judgment must be affirmed.

*Affirmed.*